IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) Criminal No.   1:19-CR-117 (MAD) |
| | ) |
| v. | ) **Indictment** |
| | ) |
| **DARRYL FLANNAGAN and** | ) Violations:   21 U.S.C. §§ 841(a)(1) and |
| **TREVON BRUNSON,** | ) (b)(1)(C)[Distribution of a |
| | ) Controlled Substance] |
| | ) |
| | ) 3 Counts |
| | ) |
| **Defendants.** | ) County of Offense:   Schenectady |

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
MAR 21 2019
AT _____ O'CLOCK
John M. Domurad, Clerk - Albany

## THE GRAND JURY CHARGES:

### COUNT 1
[Distribution of a Controlled Substance]

On or about May 18, 2017, in Schenectady County in the Northern District of New York, the defendants, **DARRYL FLANNAGAN** and **TREVON BRUNSON**, knowingly and intentionally distributed a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1). That violation involved heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(C).

### COUNT 2
[Distribution of a Controlled Substance]

On or about May 30, 2017, in Schenectady County in the Northern District of New York, the defendants, **DARRYL FLANNAGAN** and **TREVON BRUNSON**, knowingly and intentionally distributed a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1). That violation involved heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(C).

## COUNT 3
### [Distribution of a Controlled Substance]

On or about June 23, 2017, in Schenectady County in the Northern District of New York, the defendants, **DARRYL FLANNAGAN** and **TREVON BRUNSON**, knowingly and intentionally distributed a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1). That violation involved heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(C).

Dated: March 21, 2019

A TRUE BILL, ***REDACTED***

Grand Jury Foreperson

GRANT C. JAQUITH
United States Attorney

By: *Robert A. Sharpe*
Robert A. Sharpe
Assistant United States Attorney
Bar Roll No. 302573